United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FAROUKOU BODE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-215 |
| | § | |
| WARDEN OF PORT ISABEL DETENTION CENTER, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Faroukou Bode is currently detained by Immigration and Customs Enforcement at the Port Isabel Detention Center in Cameron County, Texas.  Petitioner alleges violations of his Fifth Amendment constitutional rights and requests his release pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Pet., Doc. 1)

A United States Magistrate Judge issued a Report and Recommendation, recommending that the Court dismiss Petitioner's claim for lack of subject-matter jurisdiction because his *Zadvydas* claim is premature. (R&R, Doc. 13)  No party objected to the Report and Recommendation, and the deadline to do so elapsed on May 1, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 13).  It is:

**ORDERED** that Petitioner Faroukou Bode's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on June 1, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge